IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

NEWPORT NEWS DIVISION

FILED
MAY 30 2019
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CASE NO. 4:19mj73 |
| vs. ) | COURT DATE: June 12, 2019 |
| ) | |
| WALQUIRIA BOLOGNANI CARDOSA L. GARCIA | |

## CRIMINAL INFORMATION

### CHARGE ONE

(Misdemeanor) Ticket No. 7974382

THE UNITED STATES ATTORNEY CHARGES:

That on or about March 19, 2019, at Langley Air Force Base, Virginia, on lands acquired for the use of the United States, within the special maritime and territorial jurisdiction of the United States and in the Eastern District of Virginia, WALQUIRIA BOLOGNANI CARDOSA L. GARCIA, did intentionally steal or purloin, or knowingly convert to her use or use of another, property of the Unites States Army and Air Force Base Exchange Service, to wit: merchandise valued at an amount less than $1000. (In violation of Title 18, United States Code 641).

G. ZACHARY TERWILLIGER
United States Attorney

BY: _____
Jeremy M. Skinner
Special Assistant United States Attorney
Attorney for the United States
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News Virginia 23606
Phone: (757) 225-8512
Email: jeremy.skinner@us.af.mil

RECEIVED

2019 MAY 29 P 3: 15

CLERK US DISTRICT COURT
NEWPORT NEWS, VIRGINIA

## CERTIFICATE OF SERVICE

I, Jeremy M. Skinner, hereby certify that on May 29, 2019, I caused a true and correct copy of the foregoing criminal information to be mailed to the defendant, WALQUIRIA BOLOGNANI CARDOSA L. GARCIA

G. ZACHARY TERWILLIGER
United States Attorney

BY: _____
Jeremy M. Skinner
Special Assistant United States Attorney
Attorney for the United States
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News Virginia 23606
Phone: (757) 225-8512
Email: jeremy.skinner@us.af.mil